IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DE LA CRUZ,            ) | Old Case No.  CV-F-05-0658 REC DLB |
|                               ) | New Case No. CV-F-05-0658 DLB |
|                               ) | ORDER REASSIGNING CASE |
|           Plaintiff,          ) | |
|       vs.                     ) | |
| JOANNE B. BARNHART,           ) | |
| Commissioner of Social Security, ) | |
|           Defendant.          ) | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1.  This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of

1

1     **final judgment, and**

2     **2.    The Clerk of the Court is directed to assign this action in its entirety to**

3     **Magistrate Judge Dennis L. Beck.**

4     **3.    The new case number shall be CV-F-05-0658 DLB.  All future pleadings**

5     **shall be so numbered.  Failure to use the correct case number may result**

6     **in delay in your documents being received by the correct judicial officer.**

7  IT IS SO ORDERED.

8  **Dated:   October 14, 2005**                    /s/ Robert E. Coyle
   668554                                      UNITED STATES DISTRICT JUDGE

2