ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934    Telephone
(559) 784-3431    Facsimile

Attorneys for Appellant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| CARMEN DE LA CRUZ, | |
| | CASE NO: CIV-F 05-0658 DLB |
| Appellant, | |
| vs | STIPULATION and ORDER |
| | to |
| COMMISSIONER of | EXTEND TIME |
| SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that Appellant's time to submit her Opening Brief be extended from January 13, 2006 to February 11, 2006.

/ / / / /                                                                                                           \ \ \ \ \

/ / / / /                                                                                                           \ \ \ \ \

/ / / / /                                                                                                           \ \ \ \ \

This is the Appellant's first request for an extension of time to prepare the Opening Brief.    The Appellant needs additional time to prepare the Opening Brief.

                                                  Respectfully submitted,

Dated:   January 5, 2006
                                            /s/ Robert D. Christenson
                                            **ROBERT D. CHRISTENSON**
                                            Attorney for Plaintiff

Dated:  January 5, 2006
                                            **McGREGOR W. SCOTT**
                                            United States Attorney

                                            /s/Kimberly A. Gaab
                                            **KIMBERLY A. GAAB**
                                            Assistant U.S. Attorney

    IT IS SO ORDERED.

    Dated:   **January 5, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE